UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00236-MOC

| | |
|---|---|
| **JERRY VIRGINIA SANDERS,** | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )   ORDER<br>) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the court on plaintiff's Motion for Admission Pro Hac Vice of David Chermol. Having considered such motion, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that on plaintiff's Motion for Admission Pro Hac Vice (#2) of David Chermol, Mr. Chermol is admitted to practice before the Bar of this Court while appearing with Mr. Eaglin in this particular case.

Signed: May 18, 2016



Max O. Cogburn Jr.
United States District Judge

1