UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00236-MOC

| | | |
|---|---|---|
| **JERRY VIRGINIA SANDERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the defendant's Consent Motion for Reversal and Remand (#11). Having considered such motion and it appearing that Plaintiff concurs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the defendant's Consent Motion for Reversal and Remand (#11) is **GRANTED.** The Commissioner's prior decision in this matter is **REVERSED** and the matter is hereby **REMANDED** for further administrative proceedings consistent with the defendant's motion and this Order, all in accordance with sentence four of 42 U.S.C. § 405(g).

Signed: December 13, 2016

Max O. Cogburn Jr
United States District Judge